IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Kevin De Henriquez,<br><br>    Plaintiff,<br><br>    v.<br><br>William James Bushell Corp.,<br><br>    Defendants. | Case No. 1:23-cv-02990<br><br>**JUDGMENT** |

Plaintiff, Kevin De Henriquez ("Plaintiff"), by and through his attorney, Daniel I. Schlade, and pursuant to FRCP 68, states:

Pursuant to FRCP 68, judgment is hereby entered in favor of Plaintiff Kevin De Henriquez and against Defendant William James Bushell Corp. in the amount of $7,000.00.

Date: 10/7/24

SO ORDERED.

_____
LEWIS J. LIMAN
United States District Judge